UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CODY CHESTNUT** | |
| **Plaintiff** | **CIVIL ACTION NO. 3:18-2373** |
| v. | **(JUDGE MANNION)** |
| **C.O. JOHN SMITH,** *et al.* | |
| **Defendants** | |

## ORDER

For the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT:**

1. The complaint (Doc. 1) is **DEEMED FILED**.

2. Plaintiff's action is **DISMISSED** as legally frivolous pursuant to 28 U.S.C. §1915(e)(2)(B)(i).

3. The Clerk of Court is directed to **CLOSE** this case.

4. Plaintiff's motion for appointment of counsel (Doc. 7) is **DISMISSED** as moot.

5. Any appeal from this Order will be deemed frivolous, without probable cause and not taken in good faith.

*s/Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: January 18, 2019**
K:\CIVIL MEMORANDA\2018 MEMORANDA\18-2373-01.docx